Case 2:04-cv-03177-JE0   Document 8   Filed 03/15/05   Page 1 of 1

FILED
2005 Mar-15  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT C. GILL, | ) |
| Plaintiff, | ) |
| v. | )  CV 04-JEO-3177-S |
| DONAL CAMPBELL, Commissioner, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 17, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be **DISMISSED WITHOUT PREJUDICE**. An appropriate order will be entered.

**DATED** this 15th day of March, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE